# PD-1683&1684-14

NO. _____

| | | |
|---|---|---|
| BRANDON DUNTE LUSTER | § | THE COURT |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | OF |
| | § | |
| THE STATE OF TEXAS, | § | |
| Respondent. | § | CRIMINAL APPEALS |
| | § | |

## Motion to Extend Time to File Petition for Discretionary Review

Brandon Luster requests that this Court grant him an additional thirty days to file a compliant petition for discretionary review.

FILED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

### I. Background

In two counts, a trial court found Luster guilty of the offense of sexual assault of a child under the age of fourteen.

Upon conviction, Luster was appointed appellate counsel (cause numbers: 05-13-01342-CR/05-13-01343-CR). The intermediate-appellate court issued its opinion on December 1, 2014. Luster's attorney notified Luster by mail on December 2, 2014. Luster is in the process of trying to obtain counsel to represent him in his petition for discretionary review and if counsel cannot be retained, then Luster will file his petition pro-se.

### II. Arguments and Authorities

#### A. Law

Rule 68.2(c) of the Texas Rules of Appellate Procedure permits a party to seek additional time to file a petition for discretionary review.[1] This rule requires that such request be made "no later than 15 days after the last day for filing the petition."

---

[1] Tex. R. App. P. 68.2(c).

B.      Facts

No prior extensions have been sought, but Luster will not be able to timely file his petition as he is seeking counsel while he is incarcerated.

C.      Analysis

Luster requests that this Court grant him an additional thirty days in which to file his petition for discretionary review. This would make his petition due on Monday, February 2, 2015.

## IV. Prayer and Conclusion

Luster asks this Court to grant him an extension to file a compliant petition for discretionary review. Specifically, Elchinson asks this Court to allow such a petition to be filed up to 5:00 CST on Monday, February 2, 2015.

Respectfully Submitted,

Brandon D. Luster

Mr. Brandon Luster
Fort Stockton Transfer Facility
1536 IH-10 East,
Fort Stockton, TX 79735
SID Number: 05771270
TDCJ Number: 01891914

## Verification

STATE OF TEXAS §
§
COUNTY OF _____ §

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared Brandon Luster, and being by me first duly sworn, did depose and say the following:

"My name is Brandon Luster. I am over the age of eighteen and competent to make this verification. I have read the foregoing Motion for Continuance, and each statement of fact therein is true and correct. I have personal knowledge of each such fact stated therein."

FURTHER, AFFIANT SAYETH NOT.

My name is _Brandon_ _Dunté_ _Luster_, my

      (First)    (Middle)   (Last)

date of birth is _May 7, 1977_ ,

I am in the custody of the Texas Department of Corrections. My TDC number is: _01891914_

I am housed at: _Fort Stockon Transfer Facility_

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Taylor County, Texas on this the _16_ day of _December_ _2014_ .

                             (Month)    (Year)

_Brandon Luster_
Declarant

## Certificate of Service

I certify that on ___12·16·14___ a true and correct copy of this Motion was served on Respondant, The State of Texas, by and through its attorney of Record, Mr. Michael Casillas, Appellate Division, Crowley Courts Building 133 N. Riverfront Boulevard, LB 19 Dallas, TX 75207 214-653-3600. This service was accomplished within the parameters of Rule 9.5 of the Texas Rules of Appellate Procedure.

Brandon Luster